UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL ANTONIO MARTINEZ,<br><br>　　　　Petitioner,<br><br>　v.<br><br>STU SHERMAN, Warden,<br><br>　　　　Respondent. | Case No. 15-cv-03480-YGR (PR)<br><br>[PROPOSED] ORDER GRANTING RESPONDENT'S REQUEST FOR SECOND EXTENSION OF TIME TO FILE ANSWER OR DISPOSITIVE MOTION |

　　　GOOD CAUSE APPEARING, it is hereby ordered that Respondent may have until **May 27, 2016**, to file the answer to the application for writ of habeas corpus. If Petitioner wishes to respond to the answer, he shall do so by filing a traverse with the Court and serving it on Respondent's counsel within **thirty (30) days** of the date the answer is filed.

　　　Respondent may file a motion to dismiss on procedural grounds in lieu of an answer, as set forth in the Advisory Committee Notes to Rule 4 of the Rules Governing Section 2254 Cases. If Respondent files such a motion, Petitioner shall file with the Court and serve on Respondent an opposition or statement of non-opposition within **twenty-eight (28) days** of the date the motion is filed, and Respondent shall file with the Court and serve on Petitioner a reply within **fourteen (14) days** of the date any opposition is filed.

　　　This Order terminates Docket No. 11.

　　　IT IS SO ORDERED.

Dated: April 8, 2016

_____
YVONNE GONZALEZ ROGERS
United States District Court Judge