UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**GABRIEL ANTONIO MARTINEZ**,

Petitioner,

v.

**STU SHERMAN**,

Respondent.

Case No. 15-cv-03480-YGR

**JUDGMENT**

For the reasons set forth in this Court's Order Denying Petition for Habeas Corpus Relief, **IT IS ORDERED AND ADJUDGED** that petitioner take nothing, that the action be dismissed in accordance with the Court's Order, and that each party bear its own costs of action.

**IT IS SO ORDERED.**

Dated: January 10, 2017

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**